

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

ENTERED
01/22/2010

| | | |
|---|---|---|
| IN RE: | § § | |
| AMIDEE 2006 PREFERRED-CORPUS, LTD. D/B/A THE ATRIUM, | § § § § | CASE NO. 10-20007 |
| AMIDEE CAPITAL GROUP, INC., | § § | CASE NO. 10-20041 |
| AMIDEE 2006 PREFERRED REAL ESTATE INCOME PROGRAM, LTD., | § § § | CASE NO. 10-20042 |
| AMIDEE OAK POINTE APARTMENTS, LLC, | § § § | CASE NO. 10-20043 |
| AMIDEE 2004-I TAX DEED AND CERTIFICATE INVESTMENT PROGRAM, LTD., | § § § § | CASE NO. 10-20044 |
| AMIDEE 2005-II TEXAS DEED INVESTMENT PROGRAM, LTD., | § § § | CASE NO. 10-20045 |
| AMIDEE 2006-III TAX DEED & REAL ESTATE INVESTMENT PROGRAM, LTD., | § § § § | CASE NO. 10-20046 |
| AMIDEE 2006 COMMERCIAL REAL ESTATE INCOME PROGRAM, LTD., | § § § | CASE NO. 10-20047 |
| AMIDEE 2007-I CRE INCOME FUND, LTD., | § § § | CASE NO. 10-20048 |
| AMIDEE 2008-I CRE INCOME FUND, LTD., | § § § | CASE NO. 10-20049 |
| AMIDEE 2009-I CRE INCOME FUND, LTD., | § § § | CASE NO. 10-20050 |
| Debtors. | § | CHAPTER 11 |

## ORDER DIRECTING JOINT ADMINISTRATION

CAME ON FOR CONSIDERATION the Expedited Motion for Order Directing Joint Administration of Cases (the "<u>Motion</u>")[1] under Bankruptcy Rule 1015 filed by the above-captioned debtors (collectively, the "<u>Debtors</u>"). The Court orders that the above referenced Cases are jointly administered. Additionally, the following checked items are ordered:

1. __X__   One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. __X__   Parties may request joint hearings on matters pending in any of the jointly administered cases.

3. _____   Other.

Upon consideration of the Motion; and it appearing that joint administration of the cases is in the best interests of the Debtors, their respective estates, creditors, and interest holders, and proper and adequate notice of the Motion having been given; and sufficient cause appearing therefore; it is:

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the above-captioned Cases shall be jointly administered for procedural purposes only in accordance with Bankruptcy Rule 1015(b) under Case No. 10-20041. It is further

**ORDERED** that the procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the respective estates. It is further

**ORDERED** that the Bankruptcy Clerk shall maintain one file for the cases, including that all schedules of assets and liabilities and statements of financial affairs required by Bankruptcy Rule 1007 shall be captioned and filed in the docket of the jointly administered case, Amidee Capital Group, Inc. Case No. 10-20041. It is further

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

2

**ORDERED** that the Bankruptcy Clerk shall maintain separate claim registers for each separate Case and all proofs of claim shall be filed in the Case in which the Claim is asserted. It is further

**ORDERED** that the joint caption of the Cases shall read as it appears immediately below:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 10-20041-C-11** |
| | § | |
| **AMIDEE CAPITAL GROUP, INC., ET AL.,** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.** | § | **(Jointly Administered)** |

It is further

**ORDERED** that a docket entry shall be made in each of the Cases substantially as follows:

> An Order has been entered in this case consolidating this case with the case of Amidee Capital Group, Inc. Case No. 10-20041 for procedural purposes only and providing for their joint administration in accordance with the terms thereof. The docket in the case of Amidee Capital Group, Inc. Case No. 10-20041, should be consulted for all matters affecting this case.

Signed this ____ day of January, 2010.

January 21, 2010

_____
THE HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

3