IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-20041 |
| | § | |
| AMIDEE CAPITAL GROUP, INC., ET.AL. | § | CHAPTER 11 |
| | § | |
| | § | |
| *Debtors.* | § | (Jointly Administered) |

## LONE STAR BANK'S RESPONSE AND OBJECTION TO DEBTORS' MOTION TO RETAIN CRO (DN 44)

TO THE HONORABLE RICHARD S. SCHMIDT, U.S. BANKRUPTCY JUDGE:

LONE STAR BANK, a creditor and party-in-interest in the above entitled and numbered causes, files its Response and Objection to Debtors' Motion to Retain a CRO (DN44) (the "Motion"), and would show as follows:

1. Lone Star Bank is unable to admit or deny paragraphs 1 - 13 of the Motion.

2. The averment at paragraph 14 of the Motion is a statement of relief requested, to which no response is required. However, Lone Star Bank denies that retention of a CRO for Amidee 2008 is a reasonable business judgment, and that use of Amidee's property for this purpose is essential, appropriate and in the best interest of estate of Amidee 2008 and its creditors.

3. The averment at paragraphs 15 - 19 of the Motion are statements of relief requested, to which no response is required. However, Lone Star Bank objects to the relief requested for the reason that retention of a CRO for Amidee 2008 is neither necessary nor in the best interest of the estate and its creditors.

4. Lone Star Bank does not contest the proposed CRO's qualifications or whether he is disinterested, as described at paragraphs 20 - 22 of the Motion.

5. Lone Star Bank is unable to admit or deny paragraph 23 of the Motion.

6. Lone Star Bank denies paragraph 24 of the Motion.

7. Lone Star Bank is unable to admit or deny paragraph 25 of the Motion.

8. Lone Star Bank denies paragraphs 26 of the Motion.

9. Lone Star Bank is unable to admit or deny paragraph 27 of the Motion.

10. Lone Star Bank denies paragraph 28 of the Motion.

11. Lone Star Bank is unable to admit or deny paragraphs 29 of the Motion.

## ARGUMENT

12. Based on information revealed to date, Amidee 2008 is not bankrupt, it does not requre reorganization, a CRO, refinancing or restructuring. Its owns the property known as Harbor Glen Apartments, in which it has substantial equity, has a positive cash flow from its operations, and is the sole limited partner in Amidee Corpus[1]. According to Debtors' Motion for Order Authorizing Sale (DN 27), the Amidee Corpus asset sale will generate approximately $500,000 in net proceeds, which constitutes, at least in part, additional cash available to Amidee 2008.

13. Amidee 2008's liabilities to ACG, so far as disclosed to date, appear to be limited to a annual management fee equal to 3% of gross revenues. Amidee 2008, as a

---

[1] See Motion for Order Authorizing Sale (DN 27), para. 3; and Footnote 2 of the Motion.

2

limited partner, is not liable for ACG's various other debts nor those of the numerous other limited partnerships managed by ACG.

14. For these reasons, Lone Star Bank objects to:

    (a) appointment of a CRO for Amidee 2008 and Amidee Corpus, for it is not a reasonable business judgment, is not a proper use of Amidee's property, is not essential, appropriate nor in the best interest of estate of Amidee 2008 or Amidee Corpus and their creditors; and,

    (b) use of cash collateral for the purpose of paying fees to a CRO retained for benefit of others, not the estate of Amidee 2008.

15. From the perspective of the estate of Amidee 2008, the proposed action of retaining a CRO seems to benefit only the general partner, ACG, and possibly other limited partnerships. The general partner's bankruptcy effects a dissolution of the partnership. A more sound approach would be to allow the limited partners to elect a new general partner of Amidee 2008, and dismiss the Amidee 2008 bankruptcy case.

WHEREFORE, PREMISES CONSIDERED, Lone Star Bank requests that the Motion be denied, that its objection to the relief requested be sustained and for such other and further relief to which it may show itself entitled.

Dated: February 12, 2010.

                                                        Respectfully submitted,

                                                        By: /s/ Ted L. Walker

                Ted L. Walker
                State Bar No. 20733100
                *Attorney in Charge*

OF COUNSEL:

THE WALKER FIRM
Adam R. Fracht
State Bar No. 24047245
402 Main at Preston, 9th Floor
Houston, Texas 77002
(713) 225-1354
(713) 225-1215 Facsimile
*Attorneys for Creditor Lone Star Bank*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been forwarded on February 12, 2010, by ECF and/or facsimile and/or First Class U.S. Mail, to:

| | |
|---|---|
| Matthew Scott Okin<br>Sara M. Patterson<br>Okin Adams & Kilmer, LLP<br>1113 Vine Street, Suite 201<br>Houston, Texas 77002<br>*Attorneys for Debtors* | *Via ECF* |
| *U.S. Trustee*<br>US Trustee<br>606 N. Carancahua<br>Corpus Christi, Texas 78476 | *Via ECF* |

and those listed on the attached service list, if any.

                /s/ Ted L. Walker
                Ted L. Walker

F:\LSB\50-27\BR\PRIMARY\LSBRespMotApptCRODN44).02-12-10

**Shortened Service List**
**Amidee Capital Group Inc.**
**Case No. 10-20041**
**Jointly Administered**

Amidee Capital Group, Inc.
14420 W. Sylvanfield, Ste. 100
Houston, TX  77014

Matthew S. Okin
Sara Mya Patterson
1113 Vine Street, Suite 201
Houston, Texas 77002
spatterson@oakllp.com

United States Trustee's Office
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78476

Lone Star Bank
Mathew Melvin
Asst Vice President
952 Echo Lane, Suite 100
Houston, TX  77024
MMelvin@LSBTexas.com

National Guardian Life Insurance Co
Robert A Mucci
Two East Gilman St
Madison, WI 53703
ramucci@nglic.com
McNeidinger@nglic.com
mjdrew@nglic.com

NCN Lending LLC
Thomas J Conwell
P.O. Box 411691
Kansas City, MO  64141-1691
tconwell@usrealtycapital.com

Keith M. Aurzada
John C. Leininger
BRYAN CAVE LLC
2200 Ross Avenue, Ste. 3300
Dallas, TX  75201
keith.aurzada@bryancave.com
John.leininger@bryancave.com

Sterling Bank
John Murphy
Commercial Lending Group
2401 Fountainview, Suite 100
Houston, TX  77057
john.murphy@banksterling.com

Danny W. Looney, P.C.
3838 Oak Lawn Ave., Ste. 910
Dallas, TX  75219

First Access Capital Corp
34601 E. Shores Rd.
Lone Jack, MO  64070

Leo Vasquez
Tax Assessor-Collector
P.O. Box 4663
Houston, TX  77210-4663

Fidelity National Property Ins.
801 94th Avenue N., Ste. 110
St. Petersburg, FL  33702

Elizabeth Parker
Dba All Bright Janitorial
03 Phillips Drive
Los Lunas, NM  87031

Sherrie Malone
3103 Lakes of Katy Lane
Katy, TX  77493

Parkwood of Northchase
14420 W. Sylvanfield
Houston, TX  77014

Pasadena ISD
P.O. Box 1318
Pasadena, TX  77501-1318

Aicco, Inc.
P.O. Box 200455
Dallas, TX  75320

The Hartford
P.O. Box 2907
Hartford, CT  06104-2907

Maintenance Supply
P.O. Box 203601
Houston, TX  77216-3601

Dell Commercial Credit
P.O. Box 689020
Des Moines, IA  50368

City of Houston
P.O. Box 1560
Houston, TX  77521

Bank of America
P.O. Box 15710
Wilmington, DE  19886-5710

Dell Commercial Credit
P.O. Box 689020
Des Moines, IA  50368

Nueces County Tax Assessor & Collector
901 Leopard, Room 301
Corpus Christi, TX  78401

Texas City ISD-Tax Office
Tax Assessor-Collector
P.O. Box 1150
Texas City, TX  77592

US Bank Office Equipment
1310 Madrid St., Ste. 101
Marshall, MN  56258

Criterion Brock
P.O. Box 800273
Houston, TX  77280-0273

StarTex Power
P.O. Box 4802
Houston, TX  77210

IRS-Corpus Christi
STOP #5026AUS
300 E. 8th Street
Austin, TX  78701

Ted L. Walker
Adam R. Fracht
THE WALKER FIRM
402 Main Street, 9th Floor
Houston, TX 77002
tlwalkerlaw@aol.com

Charles R. Sterbach
Assistant United States Trustee
Office of the United States Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX 78476
Charles.R.Sterbach@usdoj.gov

Dexter D. Joyner
4701 Preston Ave.
Pasadena, Texas 77505
caaustin@comcast.net,
joyneratty@comcast.net

Joseph G. Epstein
WINSTEAD PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
jepstein@winstead.com

Ronald A. Simank
SCHAUER & SIMANK, P.C.
615 North Upper Broadway
Suite 2000-MSC 159
Corpus Christi, TX 78477
rsimank@cctxlaw.com

Diane W. Sanders
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
P.O. BOX 17428
AUSTIN, TX 78760-7428
Austin.bankruptcy@publicans.com

Darla C. Carlisle
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
dcarlisle@wkpz.com

Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston, TX 77010
Patrick.hughes@haynesboone.com