IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| AMIDEE CAPITAL GROUP, INC. | § | CASE NO. 10-20041 |
| *Debtors.* | § § | Chapter 11 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears for Jerome S. Schwartz, a party in interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by Jerome S. Schwartz, to accept service of process on behalf of Jerome S. Schwartz.

Respectfully Submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
Brian T. Thompson (SBN 24051425)
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000/(512) 505-6345 FAX

By: *[signature]*

Brian T. Thompson (SBN 24051425)

ATTORNEYS FOR JEROME S. SCHWARTZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties enlisted to receive electronic notice on February 15, 2010, as well as all parties entitled to receive notice but not enlisted to receive electronic notice (including the Debtor and parties who have filed a notice of appearance requesting service by mail) by first class mail, postage prepaid, on or before February 15, 2010.

(a) DEBTOR:

Amidee Capital Group, Inc.
14420 W. Sylvanfield Drive
Suite 100
Houston, TX 77014

(b) DEBTOR'S ATTORNEY:

Sara Mya Patterson
Matthew Scott Okin
Okin Adams & Kilmer LLP
1113 Vine Street, Suite 201
Houston, TX 77002

(c) U.S. TRUSTEE:

U.S. Trustee
606 N Carancahua
Corpus Christi, TX 78476

*[signature]*
Brian T. Thompson