IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 10-20041 |
| § | | |
| AMIDEE CAPITAL GROUP, INC., ET AL., § | | CHAPTER 11 |
| § | | |
| DEBTORS. § | | (Jointly Administered) |

## NOTICE OF BANKRUPTCY FILING, CONTINUATION OF MEETING OF CREDITORS AND CLAIM BAR DATE

**PLEASE TAKE NOTICE THAT**, the following entities have filed voluntary petitions for relief under chapter 11, title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division:

| DEBTOR NAME | PETITION DATE | CASE NO. |
|---|---|---|
| Amidee 2006 Preferred-Corpus, Ltd. | January 4, 2010 | 10-20007 |
| Amidee Capital Group, Inc. | January 17, 2010 | 10-20041 |
| Amidee 2004-I Tax Deed and Certificate Investment Program, Ltd. | January 17, 2010 | 10-20044 |
| Amidee 2005-II Tax Deed Investment Program, Ltd. | January 17, 2010 | 10-20045 |
| Amidee 2006-III Tax Deed and Real Estate Investment Program, Ltd. | January 17, 2010 | 10-20046 |
| Amidee 2006 Commercial Real Estate Income Program, Ltd. | January 17, 2010 | 10-20047 |
| Amidee 2006 Preferred Real Estate Income Program, Ltd. | January 17, 2010 | 10-20042 |
| Amidee 2007-I CRE Income Fund, Ltd. | January 17, 2010 | 10-20048 |
| Amidee 2008-I CRE Income Fund, Ltd. | January 17, 2010 | 10-20049 |
| Amidee 2009-I CRE Income Fund, Ltd. | January 17, 2010 | 10-20050 |
| Amidee Oak Pointe Apartments, LLC | January 17, 2010 | 10-20043 |

The initial meeting of the creditors of the above chapter 11 debtors was commenced, but not completed, on February 18, 2010 [Docket No. 32]. A copy of the original notice of this meeting is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the initial meeting of creditors in these cases will continue on **April 15, 2010 at 11:00 a.m. in Room 1107, 606 North Carancahua, Corpus Christi, Texas 78476.**

**PLEASE TAKE FURTHER NOTICE** that the deadline to file a proof of claim in these bankruptcy cases is **May 19, 2010**.

**OKIN ADAMS & KILMER LLP**

By:   /s/ *Matthew S. Okin*
Matthew S. Okin (TB# 00784695)
mokin@oakllp.com
1113 Vine St. Suite 201
Houston, TX  77002
Tel:  (713) 228-4100
Fax:  (888) 865-2118

**ATTORNEYS FOR THE DEBTORS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the forgoing Notice along with all attachments was served upon the parties who were added to the creditor mailing matrix on March 11, 2010, shown on the attached service list, via United States Mail, postage prepaid and/or via e-mail on the 12th day of March, 2010.

                                            */s/ Matthew S. Okin*
                                            Matthew S. Okin