# United States Bankruptcy Court
## Southern District of Texas

In re  **Amidee 2008-I CRE Income Fund, Ltd.**,
Debtor

Case No. **10-20049**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amidee Capital Group, Inc.**<br>**14420 W. Sylvanfield Drive**<br>**Suite 100**<br>**Houston, TX 77014** | | $80,000 (total investment) | General Partnership |
| **See attached list.** | | $8,000,000 (aggregate total investment) | Limited Partnership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Amidee Capital Group, Inc., General Parner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 24, 2010**   Signature **/s/ James T. Cook, Jr.**
**James T. Cook, Jr.**
**President, Amidee Capital Group, Inc., General Parner**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

## Amidee 2008-I CRE Income Fund, Ltd.

Limited Partners

| | | |
|---|---|---|
| Pablo Alvarez<br>11715 Solano Court<br>Stafford, TX  77477 | Victor or Jennie Abbate<br>2 Sarazen Court<br>Farmingdale, NJ  07727 | Anthony or Patricia Bezok<br>11 Gelding Hill Road<br>Sandy Hook, CT  06482 |
| Annette Brasor<br>6 Rockhall Lane<br>Rocky Point, NY  11778-9303 | Beth Ann or R. Bernice Bagley Brownhill<br>3113 Summerstorm Lane<br>League City, TX  77573 | Clifford E. or Linda K. Brown<br>508 John McCain Rd.<br>Colleyville, TX  76034 |
| David and Linda Busch<br>6208 Equestrian Ct.<br>Colleyville, TX  76034 | Edward S. Bock<br>13622 Country Hill<br>Tomball, TX  77375 | Kenneth R. Burgess<br>Ben. Estate of Robert C. Norton Burgess<br>4604 Retreat Ct.<br>Granbury, TX  76049 |
| Mark or Ligaya Bevans<br>570 Barnum Terrace Ext.<br>Stratford, CT  06614 | Melba D. Bellomy<br>211 Styers<br>Houston, TX  77022 | M. Glen and SuAn Boles<br>2051 Paseo Reforma<br>Brownsville, TX  78520 |
| Mary A. Barnhisel Griffith<br>Box 526 RR 2<br>Cleveland, OK  74020 | Patricia Brammer<br>14 Screven Court<br>Bluffton, SC  29909 | Richard Boccio, MD<br>33 Beach Rd.<br>Eatons Neck, NY  11768 |
| Ruth Burseen<br>536 Parkview Dr.<br>Grand Prairie, TX  75052 | Susan C. Berg<br>5415 Fisk Ave<br>Oshkosh, WI  54904 | Wayne C. Bryant<br>14232 S. LaSalle St.<br>Riverdale, IL  60627 |
| Aurelia Cavazos<br>7810 E. 114th Ave<br>Tampa, FL  33617 | Albert and Audrey Carse<br>7000 Brier Hill Court<br>Fort Worth, TX  76132 | Allison Cashaw<br>12006 Waterdance Lane<br>Houston, TX  77095 |
| Carlos P. or Carolyn K. Cotton<br>P.O. Box 5<br>Wharton, TX  77488 | Frank A. Corniello<br>365 Village St.<br>Northford, CT  06460 | James L. or Arlene K. Coffey<br>4310 Marine Dr.<br>Burlington, WI  53105 |
| Joan E. Cruse<br>32 Milmohr Ct.<br>Northport, NY  11768 | Philip or Nita Cunningham<br>6921 Post Oak Dr.<br>Fort Worth, TX  76180-3418 | Paul S. Curtis<br>3612 Minot Ave.<br>Fort Worth, TX  76133 |

Amidee 2008-I CRE Income Fund, Ltd.

Limited Partners

| | | |
|---|---|---|
| Roger N. or Brenda H. Chauza<br>512 Wellington Rd.<br>Coppell, TX  75019 | Richard D. Combs<br>4312 Bellaire Dr. S. Apt #129<br>Fort Worth, TX  76109 | Trey K. Connection, LLC<br>1509 Baccarac Ct.<br>Euless, TX  76040 |
| Taylor P. Cotton<br>2149 Rockcliffe Loop<br>College Station, TX  77845 | Howard M. DeLaittre Jr.<br>5215 Willow<br>Bellaire, TX  77401 | James P. Davitt<br>6659 Lakeridge Dr.<br>Texarkana, TX  75503 |
| Michael Dawson Enterprises, Inc.<br>7806 Cherry Creek Drive S #21<br>Denver, CO  80231 | Donald O. and Doris M. Eaton<br>29515 Binefield St.<br>Spring, TX  77386 | John V. J. or Mattie Erb<br>5325 CR19<br>Millersburg, OH  44654 |
| Kevin A. and Sheryl M. Ferguson<br>7944 Nookfield Drive<br>Las Vegas, NV  89147 | Meta A. Fletcher<br>5631 Arrowhead Drive<br>Zephyrhills, FL  33542 | Noel Funderburk<br>3532 Spring Valley Drive<br>Bedford, TX  76021 |
| Sandra Funderburk<br>3532 Spring Valley Drive<br>Bedford, TX  76021 | Elaine M. Gorman<br>14730 Karlov Ave.<br>Midlothian, IL  60445 | Mary A. Gardecki<br>68 Auburn St.<br>Stratford, CT  06614 |
| Noral and Juanita Gregory Rev. Trust<br>2881 Oakbriar Trail<br>Fort Worth, TX  76109 | Rudi E. Grolich<br>9 Topstone Drive<br>Bethel, CT  06801 | Tsilia Glinberg<br>39 Dogwood Road<br>North Haven, CT  06473 |
| Alice Hays<br>9963 Haywood Ct.<br>Benbrook, TX  76126 | Billy J. and Debbie K. Howington<br>2211 Wood Duck Lane<br>Granbury, TX  76049 | Dr. Carl F. Hagemann<br>403 Keelerwoods Dr.<br>Marietta, GA  30064 |
| Delton H. or Carole S. Heihn<br>4814 Red Birch Dr.<br>Arlington, TX  76018 | Daniel E. Holman<br>243 Briarwood Dr.<br>Rutherfordton, NC  28139 | Emma P. Hebert<br>5651 Triway Lane<br>Houston, TX  77041 |
| Janice J. Hooker<br>8238 Santa Rosa Ct.<br>Sarasota, FL  34242 | Karl Hausfelder<br>4171 Careywood Drive<br>Melbourne, FL  32934 | Rob Hill<br>27 Blvd. DE Nancy<br>Lorraine, QU  J6Z-1T2 Canada |

## Amidee 2008-I CRE Income Fund, Ltd.

### Limited Partners

| | | |
|---|---|---|
| Leaon Johnston<br>4300 Cadiz<br>Fort Worth, TX  76133 | S W J D  Family Trust<br>Patricia Jortner, Trustee<br>2401 Brennan Dr.<br>Plano, TX  75075 | Tom K. Johnson<br>13003 Clover Dr.<br>Kansas City, KS  66109 |
| Betty Konopnicki<br>1435 Patriot Drive<br>Melbourne, FL  32940 | Marianne Kerkes<br>10432 Marymont Place<br>Las Vegas, NV  89134 | Richard D. Kendrick<br>120 Valleyview Road<br>Stratford, CT  06614 |
| James K. Larkin<br>21 Via Barcelona<br>Moraga, LA  94556 | Maudie K. Lam<br>2127 Oakwood Ln.<br>Arlington, TX  76012 | Robert G. Liles<br>5304 Oak Branch Dr.<br>Arlington, TX  76016 |
| Susan Lovett<br>4002 Glenshire St.<br>Houston, TX  77025 | William C. or Nancy A. Larson<br>3797 Sidestreet<br>Atlanta, GA  30341 | Wanda Lewis<br>5629 Redwine Ct.<br>Fort Worth, TX  76140 |
| Durham McCauley<br>5 Hummingbird Court<br>Orchard Park, NY  14127 | Gerald W. Merlet<br>17725 W. Wisconsin Ave Unit A<br>Brookfield, WI  53045 | George Murusky<br>826 Birchwood Drive<br>Orange, CT  06477 |
| Jason or Lori Moellers<br>26904 L Avenue<br>West Union, IA  52175 | Jean E. Merlet<br>17725 W. Wisconsin Ave Unit A<br>Brookfield, WI  53045 | Mitchell S. and Larissa S. Milby<br>4702 Shadywood Ln.<br>Colleyville, TX  76034 |
| Richard or Frances Marks<br>3800 Candlelite<br>Fort Worth, TX  76109 | Susan or John Muench<br>2006 Crescent Shores Dr.<br>League City, TX  77573 | John C. Natalini<br>9 Victoria Court<br>Medford, NJ  08055 |
| Michael J. Nipper<br>4320 French Lake Dr.<br>Fort Worth, TX  76133 | Ricky D. Newton<br>33 York Dr.<br>Fort Worth, TX  76134 | Thomas E. Nelson<br>8445 Fairway Chase Trail<br>Reno, NV  89523 |
| Donna O'Hare<br>7575 Frankford Rd. Apt# 2026<br>Dallas, TX  75252 | Adrian R. Pitts<br>15019 County Rd 618<br>Farmersville, TX  75442 | Alan P. Potratz<br>22050 Peterhill Ct.<br>Waukesha, WI  53186 |

## Amidee 2008-I CRE Income Fund, Ltd.
### Limited Partners

| | | |
|---|---|---|
| Grace D. Pearl<br>3316 Landershire Lane<br>Plano, TX  75023 | Kenneth L. or Janet B. Pusey<br>4141 Alava Dr.<br>Fort Worth, TX  76133 | Nancy Chase Prevedel<br>714 Santa Cruz Lane<br>Howey in the Hills, FL  34737 |
| Terry A. or Lana D. Porter<br>114 Pheasant Run<br>Sunset, TX  76270 | April D. Reiss<br>403 Whitney Ave #5<br>New Haven, CT  06511 | Bettina K. Roush<br>6265 Katella Avenue<br>Las Vegas, NV  89118 |
| Erwin N. or Emma A. Raber<br>4457 Township Rd. 156<br>Millersburg, OH  44654 | Elizabeth J. Reinheimer<br>129 Larkspur Drive<br>Albany, GA  31721-7802 | Children of John A. Spencer Jr. Trust<br>Fowler S. Ruffin, Trustee<br>419 Roslyn Rd.<br>Winston Salem, NC  27104 |
| John Ross or Sonja Nottelson<br>104 Lazy Lake Dr.<br>Fall River, WI  53932 | Patricia Rochelle<br>16231 Brookford Dr.<br>Houston, TX  77059-4702 | Armando Siano<br>70 Crane Road<br>Middletown, NY  10941 |
| Edward V. Smith<br>4019 Wellingshire<br>Dallas, TX  75220 | Francis B. and Helen M. Schaefer<br>8465 McHenry St.<br>Burlington, WI  53105 | Georgianna K. Schuch<br>33901 Dream St.<br>Burlington, WI  53105 |
| Jareen Schmidt Revocable Living Trust<br>4413 Cumberland Rd.<br>Fort Worth, TX  76116 | Joseph and Arlene Seminoro<br>25 Washington St.<br>Trumbull, CT  06611 | Jerome S. Schwartz<br>847 Voyager Drive<br>Houston, TX  77062 |
| Lynn Sturdy<br>125 NE Clinton<br>Burleson, TX  76028 | Linda Sessions<br>32558 Vista Lane Rd.<br>Greeley, CO  80631 | Robert or Patricia Schultz<br>1461 Melvina Lane S.W.<br>Alexandria, MN  56308 |
| Richard P. Shecterle<br>133 Chapel Terr<br>Burlington, WI  53105 | Stephen J. Seavall<br>26408 Sailpoint Court<br>Spicewood, TX  78669 | Timothy or Sharon R. Smith<br>259 Robins Run<br>Burlington, WI  53105 |
| Thomas Lewis Sutton<br>3018 Bent Creek Dr.<br>Valrico, FL  33596 | Thomas E. Schroder<br>300 S. Watters Rd. #821<br>Allen, TX  75013 | Billie Roy and Patsy Faye Thweatt<br>3609 Minot Ave.<br>Fort Worth, TX  76133 |

## Amidee 2008-I CRE Income Fund, Ltd.
### Limited Partners

| | | |
|---|---|---|
| Kim Tooley<br>2009 Elmridge Dr.<br>Arlington, TX 76012-2213 | Leni and Eric R. Tepper<br>22 Wilmington Ct.<br>Sugarland, TX 77479 | Joseph R. Valdez<br>25722 Alp Springs Lane<br>Spring, TX 77373 |
| Wilbert Verwayne<br>1343 Fteley Avenue<br>Bronx, NY 10472 | Jesse R. or Jacqueline H. Wilson<br>9504 Bell Mountain Rd.<br>Austin, TX 78730 | Michael Wilson<br>99 E. Stedhill Loop<br>Woodlands, TX 77384 |
| Theresa Yosmanovich<br>4 Periwinkle Pl.<br>Colonia, NJ 07067 | Edmund M. Ziaja<br>140 Friend Street<br>Adams, MA 01220-1465 | Harold Ziesmer<br>901 W. Tree Claim Rd.<br>Olivia, MN 56277 |
| Margaret E. Zastrow Kinsey<br>N53W30495 Arrowhead Dr.<br>Hartland, WI 53029 | Bob Bacon<br>P.O. Box 578<br>Katy, Texas 77492 | Patricia Bock<br>905 Hickorywood Lane<br>Houston, Texas 77024 |
| Stephen or Angela Foray<br>14 Valerie Place<br>East Islip, NY 11730 | Bretcor Assoc PS Plan (Michael Giller)<br>22 Lawrence Ave Suite 303<br>Smithtown, NY 11787 | Thomas J Jurgens Trust<br>5090 Sequoia Dr SE<br>Grand Rapids, MI 49512 |
| Keith St. John<br>201 W Heritage<br>Friendswood, Texas 77546 | Jerry D Strader C/O Greg Strader<br>2007 Georgetown Dr<br>Denton, Texas 76201 | Irvin D Urrey<br>76140 Via Mariposa<br>Indian Wells, CA 92210 |
| Larry & Terry Waida<br>346 Plum St<br>Victoria, Texas 77905 | | |