**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Amidee Capital Group, Inc. and Amidee 2004–I
Tax Deed and Certificate Investment
Debtor

Case No.: 10–20041

Chapter: 11

# ORDER SETTING HEARING

You are hereby notified that a hearing is set on

*160* – Motion to Sell Real Property Located in Corpus Christi. Objections/Request for Hearing Due in 20 days. Filed by Debtor Amidee Capital Group, Inc. (Attachments: # (1) Proposed Order) (Patterson, Sara)

before the Honorable Richard S. Schmidt on **5/21/10 at 09:00 AM**. The hearing will be held at **1133 North Shoreline Blvd #208, Corpus Christi, TX 78401**.

It is therefore ORDERED that all interested parties shall appear at the date and time set forth above.

It is further ORDERED that the clerk shall serve a copy of this Order on the Movant.

It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Movant shall serve a copy of this notice to all parties that are required to be served and, Movant shall file a certificate of service with the clerk.

Signed and Entered on Docket: 4/13/10

RICHARD S. SCHMIDT
United States Bankruptcy Judge