**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

CASE NAME: AMIDEE CAPITAL GROUP, INC.   PETITION DATE: 1/17/2010
CASE NUMBER: 10-20041

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH   March   YEAR   2010

| MONTH | January | February | March | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 33,553.01 | 200,628.02 | 220,860.97 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 9,553.01 | 43,112.97 | 45,323.47 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 6,209.46 | 9,823.43 | 6,042.09 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 7,500.00 | 7,500.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 25,000.00 | 50,651.33 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 0.00 | 154,900.76 | 179,481.02 | 0.00 | 0.00 | 0.00 |

\*\*\*The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis, and have disbursements broken down by case number on Exhibit A attached\*\*\*
\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

**REQUIRED INSURANCE MAINTAINED**
**AS OF SIGNATURE DATE**   EXP. DATE

| | | | CIRCLE ONE | |
|---|---|---|---|---|
| | Are all accounts receivable being collected within terms? | **Yes** No | |
| | Are all post-petition liabilities, including taxes, being paid within terms? | Yes **No** | See Note (2) |
| | Have any pre-petition liabilities been paid? | **Yes** No | |
| CASUALTY(1)   YES (X)  NO ( ) | If so, describe | | |
| LIABILITY(1)   YES (X)  NO ( ) | Are all funds received being deposited into DIP bank accounts? | **Yes** No | |
| VEHICLE(1)   YES ( )  NO (X) | Were any assets disposed of outside the normal course of business? | Yes **No** | |
| WORKER'S(1)  YES (X) NO ( ) | If so, describe | | |
| OTHER(1)   YES ( ) NO (X) | Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** No | |
| \* see Notes | What is the status of your Plan of Reorganization? | | TBD - Pending Court Hearing |

ATTORNEY NAME: Matthew S. Okin
FIRM NAME: Okin Adams & Kilmer LLP
ADDRESS: 1113 Vine Street, Suite 201
CITY, STATE, ZIP: Houston, Texas 77002
TELEPHONE/FAX: 713-228-4100 / 888-865-2118

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X  _/s/ Douglas J. Brickley_   TITLE: CRO for ACG et al.
(ORIGINAL SIGNATURE)
Douglas J. Brickley   4/20/2010
(PRINT NAME OF SIGNATORY)   DATE

**MOR-1**   Revised 07/01/98

Notes:
(1) The Debtors do not have any car insurance.  The Debtors have renewed all Windstorm & Hail policies on required properties and the Debtors have renewed General Liability and Property Insurance on all properties in April 2010.

(2) Debtors have not paid post-petition liabilities which are certain leases on equipment (i.e. copiers at Amidee Capital Group, Inc.) which the Debtors' counsel is in the process of rejecting.  Debtors' current estimate on post-petition unpaid accrued liabilities is $15,000 as of 3/31/2010.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH January | MONTH February | MONTH March | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | $25,974.65 | $59,527.66 | $105,254.92 | $146,634.87 | | | |
| Accounts Receivable, Net | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Investments | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Other$^{(1)}$ | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | | | |
| TOTAL CURRENT ASSETS | 45,974.65 | 79,527.66 | 125,254.92 | 166,634.87 | | | |
| PROPERTY, PLANT & EQUIP. @ COST$^{(2)}$ | 21,937,250.00 | 21,937,250.00 | 21,937,250.00 | 21,937,250.00 | | | |
| Less Accumulated Depreciation$^{(3)}$ | 3,290,587.50 | 3,290,587.50 | 3,290,587.50 | 3,290,587.50 | | | |
| NET BOOK VALUE OF PP & E | 18,646,662.50 | 18,646,662.50 | 18,646,662.50 | 18,646,662.50 | | | |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 3. Electric Deposit | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $18,692,637.15 | $18,726,190.16 | $18,771,917.42 | $18,813,297.37 | | | |

* Per Schedules and Statement of Affairs

**MOR-2**

Notes:
(1) Other includes debtors' estimated value of personal property.
(2) Property Plant & Equipment values were adjusted in February 2010 to accurately reflect PP&E values as reflected on Schedules and Statement of Financial Affair for all debtors. Values exclude Amidee Hotels & Resorts and the 75% interest in the Atrium building in Albuquerque, New Mexico (non-debtor entities).
(3) Estimate of accumulated depreciation was equal to 15% of value at cost as of January 31, 2010. Debtor is not accruing depreciation since petition date.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH January | MONTH February | MONTH March | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | $0.00 | $24,000.00 | $74,850.95 | $137,586.47 | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 10,414,100.02 | 10,414,100.02 | 10,414,100.02 | 10,414,100.02 | | | |
| Priority Debt$^{(1)}$ | 426,104.93 | 426,104.93 | 426,104.93 | 426,104.93 | | | |
| Federal Income Tax$^{(2)}$ | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Unsecured Debt$^{(3)}$ | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | | | |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| TOTAL PRE-PETITION LIABILITIES | 13,635,229.15 | 13,635,229.15 | 13,635,229.15 | 13,635,229.15 | | | |
| **TOTAL LIABILITIES** | 13,635,229.15 | 13,659,229.15 | 13,710,080.10 | 13,772,815.62 | | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| MARKET VALUE ADJUSTMENT | 5,057,408.00 | 5,060,751.55 | 5,053,313.89 | 5,034,439.66 | | | |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 6,209.46 | 9,823.43 | 6,042.09 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 5,057,408.00 | 5,066,961.01 | 5,063,137.32 | 5,040,481.75 | | | |
| TOTAL LIABILITIES & OWNERS EQUITY | $18,692,637.15 | $18,726,190.16 | $18,773,217.42 | $18,813,297.37 | | | |

* Per Schedules and Statement of Affairs

**MOR-3**                                                                                                                                    *Revised 07/01/98*

Notes:
(1) Priority Debt includes 2009 property taxes that were due on January 31, 2010.
(2) Federal Income Tax is unknown at this time; 2009 Tax returns have not yet been completed.
(3) Excludes intercompany debt, which is listed on Schedules and Statement of Financial Affairs as part of Unsecured Debt for the debtors.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH January | MONTH February | MONTH March | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | $24,000.00 | $10,000.00 | $15,000.00 | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0.00 | 0.00 | 0.00 | | | |
| State Payroll Taxes | 0.00 | 0.00 | 0.00 | | | |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | | | |
| Other Taxes | 0.00 | 0.00 | 0.00 | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | | | |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | 0.00 | | | |
| ACCRUED INTEREST PAYABLE | 0.00 | 0.00 | 0.00 | | | |
| ACCRUED PROFESSIONAL FEES*[1] | 0.00 | 64,850.95 | 122,586.47 | | | |
| OTHER ACCRUED LIABILITIES | 0.00 | 0.00 | 0.00 | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $24,000.00 | $74,850.95 | $137,586.47 | | | |

*Payment requires Court Approval

**MOR-4**                                                                 Revised 07/01/98

Notes:
(1) Accrued Professional Fees do not account for retainers held by LECG, LLC or Okin Adams & Kilmer LLP

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## AGING OF POST-PETITION LIABILITIES
### MONTH March 2010

| DAYS | TOTAL | TRADE ACCOUNTS[1] | FEDERAL TAXES | STATE TAXES | AD VALOREM, TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | $127,586.47 | $127,586.47 | | | | |
| 31-60 | 5,000.00 | 5,000.00 | | | | |
| 61-90 | 5,000.00 | 5,000.00 | | | | |
| 91+ | | | | | | |
| TOTAL | $137,586.47 | $137,586.47 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Revised 07/01/98*

Notes:

(1) All estimated post-petition liabilities as of 3/31/2010 are estimated to be 0-30 days except certain leases on equipment (i.e. copiers at Amidee Capital Group, Inc.) which the Debtors' counsel is in the process of rejecting and all post-petition liabilities at which point the Debtors will know exact amount of unpaid accrued post-petition liabilities. Debtors' current estimate on post-petition unpaid accrued liabilities is $15,000 as of 3/31/2010, split 33.3%/33.3%/33.3% between 0-30 days, 31-60 days and 61-90 days.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## STATEMENT OF INCOME (LOSS)

| | MONTH January | MONTH February | MONTH March | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES  (MOR-1) | $33,553.01 | $200,628.02 | $220,860.97 | | | $455,042.00 |
| TOTAL COST OF REVENUES | $0.00 | $0.00 | $0.00 | | | $0.00 |
| GROSS PROFIT | $33,553.01 | $200,628.02 | $220,860.97 | | | $455,042.00 |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | $0.00 | $0.00 | $0.00 | | | $0.00 |
| General & Administrative | $24,000.00 | $86,620.76 | $78,439.69 | | | $189,060.45 |
| Insiders Compensation | $0.00 | $7,500.00 | $7,500.00 | | | $15,000.00 |
| Professional Fees | $0.00 | $60,504.29 | $82,735.76 | | | $143,240.05 |
| Other | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other[1] | $0.00 | $2,890.00 | $6,862.05 | | | $9,752.05 |
| TOTAL OPERATING EXPENSES | $24,000.00 | $157,515.05 | $175,537.50 | | | $357,052.55 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | $9,553.01 | $43,112.97 | $45,323.47 | | | $97,989.45 |
| INTEREST EXPENSE[2] | $0.00 | $28,000.00 | $36,027.95 | | | $64,027.95 |
| DEPRECIATION | $0.00 | $0.00 | $0.00 | | | $0.00 |
| OTHER (INCOME) EXPENSE* | $0.00 | $0.00 | $0.00 | | | $0.00 |
| OTHER ITEMS** | $0.00 | $0.00 | $0.00 | | | $0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | $0.00 | $28,000.00 | $36,027.95 | | | $64,027.95 |
| NET INCOME BEFORE TAXES | $9,553.01 | $15,112.97 | $9,295.52 | | | $33,961.50 |
| FEDERAL INCOME TAXES[3] | $3,343.55 | $5,289.54 | $3,253.43 | | | $11,886.53 |
| **NET INCOME (LOSS)  (MOR-1)** | $6,209.46 | $9,823.43 | $6,042.09 | | | $22,074.98 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*   Footnote Mandatory.
* * Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**                                                                                    Revised 07/01/98

Notes:
(1) Debtors estimate that their $12,890 payment to Lone Star Bank was $9,627.95 for interest (see "Interest Expense") and the rest as Principal and was included in "Other."
    Debtors estimate that their $18,000 payment to Sterling Bank was $14,400 for interest (see "Interest Expense") and the rest as Principal and was included in "Other."
(2) Debtors estimate total interest payments to Sterling Bank, Lone Star Bank and NCN Lending totaled $36,027.95.
(3) Assumes Federal Income Taxes of 35%

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

| CASH RECEIPTS AND DISBURSEMENTS | MONTH January | MONTH February | MONTH March | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $25,974.65 | $59,527.66 | $105,254.92 | | | $25,974.65 |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | $33,553.01 | $200,628.02 | $215,240.53 | | | 449,421.56 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 2,993.76 | | | 2,993.76 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 6. OTHER (attach list)[1] | 0.00 | 0.00 | 2,626.68 | | | 2,626.68 |
| TOTAL RECEIPTS** | $33,553.01 | $200,628.02 | $220,860.97 | | | 455,042.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | $0.00 | $33,828.85 | 24,903.78 | | | 58,732.63 |
| 8. PAYROLL TAXES PAID | 0.00 | 6,801.78 | 6,630.78 | | | 13,432.56 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | 24,354.27 | 30,558.61 | | | 54,912.88 |
| 12. INSURANCE | 0.00 | 14,066.52 | 1,488.69 | | | 15,555.21 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 12,182.29 | 10,596.83 | | | 22,779.12 |
| 17. ADMINISTRATIVE & SELLING[2] | 0.00 | 7,282.57 | 11,761.00 | | | 19,043.57 |
| 18. OTHER (attach list)[3] | 0.00 | 31,384.48 | 42,890.00 | | | 74,274.48 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $0.00 | $129,900.76 | $128,829.69 | | | 258,730.45 |
| 19. PROFESSIONAL FEES | 0.00 | 25,000.00 | 50,651.33 | | | 75,651.33 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | | | 0.00 |
| TOTAL DISBURSEMENTS** | $0.00 | $154,900.76 | $179,481.02 | | | 334,381.78 |
| 22. NET CASH FLOW | 33,553.01 | 45,727.26 | 41,379.95 | | | 120,660.22 |
| 23. CASH - END OF MONTH (MOR-2) | $59,527.66 | $105,254.92 | $146,634.87 | | | $146,634.87 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
  RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**MOR-7**

Revised 07/01/98

Notes:
(1) See Schedule 7A for attached list
(2) Administrative and Selling includes Janitorial, Landscaping, CCRM Management Fee, Permits, Messaging Service and other similar services not covered by above line items.
(3) See Schedule 7A for attached list

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

**Attached list from Item 6 on MOR-7**

| Date | Payment | Note |
|---|---|---|
| 15-Mar-10 | $717.38 | Check from Insurance for old policy cancelation on Coastal Breeze |
| 15-Mar-10 | $1,909.30 | Check from Insurance for old policy cancelation on Harbour Glen |
| TOTAL | $2,626.68 | Total March 2010 "Other" receipts. |

**Attached list from Item 18 on MOR-7**

| Date | Payment | Note |
|---|---|---|
| 15-Mar-10 | $12,890.00 | Adequate Assurance Payment to Lone Star Bank for March 2010 |
| 15-Mar-10 | $4,500.00 | Adequate Assurance Payment to Sterling Bank for March 2010 |
| 15-Mar-10 | $18,000.00 | Adequate Assurance Payment to Sterling Bank for March 2011 |
| 15-Mar-10 | $1,500.00 | Adequate Assurance Payment to Sterling Bank for March 2010 |
| 10-Mar-10 | $6,000.00 | Adequate Assurance Payment to NCN Lending - March 2010 |
| TOTAL | $42,890.00 | Total March 2010 "Other" expenses. |

**MOR-Schedule 7A**

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## CASH ACCOUNT RECONCILIATION[(1)]
### MONTH OF March 2010

| BANK NAME | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 5000574567 | # 5000574656 | # 5000574753 | # 5000574583 | # 5000574524 | # 5000574591 |
| ACCOUNT TYPE | *Amidee Capital Group, Inc.* | *Amidee Oak Pointe Apartments, LLC* | *Amidee 2009-I CRE Income Fund, Ltd.* | *Amidee 2008-I CRE Income Fund, Ltd.* | *Amidee 2007-I CRE Income Fund, Ltd.* | *Amidee 2006 Preferred Real Estate Income Program, Ltd.* |
| BANK BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE | 8,991.95 | 40,562.48 | 64.54 | 14,867.98 | 27,092.00 | 15,208.44 |
| BEGINNING CASH - PER BOOKS | 8,781.86 | 28,672.62 | 64.54 | 7,977.07 | 20,787.01 | 16,203.17 |
| RECEIPTS* | 20,174.94 | 76,306.14 | 0.00 | 37,232.00 | 22,800.88 | 7,860.75 |
| TRANSFERS BETWEEN ACCOUNTS | 61,534.12 | (30,397.34) | 0.00 | (8,582.15) | (7,954.68) | (1,545.00) |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | (81,498.97) | (34,018.94) | 0.00 | (21,758.94) | (8,541.21) | (7,310.48) |
| ENDING CASH - PER BOOKS | 8,991.95 | 40,562.48 | 64.54 | 14,867.98 | 27,092.00 | 15,208.44 |

| BANK NAME | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 5000574451 | # 5000574494 | # 5000574435 | # 5000574699 | # 5000574362 | |
| ACCOUNT TYPE | *Amidee 2006 Preferred-Corpus, Ltd.* | *Amidee 2006 Commercial Real Estate Income Program, Ltd.* | *Amidee 2006-III Tax Deed & Real Estate Investment Program, Ltd.* | *Amidee 2004-I Tax Deed and Certificate Investment Program, Ltd.* | *Amidee 2005-II Texas Deed Investment Program, Ltd.* | **TOTAL** |
| BANK BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE | 18,767.08 | 20,559.98 | 148.70 | 176.59 | 195.13 | 146,634.87 |
| BEGINNING CASH - PER BOOKS | 8,016.33 | 14,231.90 | 148.70 | 176.59 | 195.13 | 105,254.92 |
| RECEIPTS* | 33,422.04 | 23,064.22 | 0.00 | 0.00 | 0.00 | 220,860.97 |
| TRANSFERS BETWEEN ACCOUNTS | (6,365.00) | (6,689.95) | 0.00 | 0.00 | 0.00 | 0.00 |
| (WITHDRAWAL) OR INDIVIDUAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | (16,306.29) | (10,046.19) | 0.00 | 0.00 | 0.00 | (179,481.02) |
| ENDING CASH - PER BOOKS | 18,767.08 | 20,559.98 | 148.70 | 176.59 | 195.13 | 146,634.87 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7.

Notes:
(1) For simplicity Debtors assume all payments made between March 1-31, 2010 were cleared as of March 31, 2010.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH January | MONTH February | MONTH March | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Tres Kennedy (Executive VP of Operations)[1] | $0.00 | $7,500.00 | $7,500.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| **TOTAL INSIDERS  (MOR-1)** | $0.00 | $7,500.00 | $7,500.00 | | | |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. LECG, LLC | $0.00 | $25,000.00 | $26,043.74 | | | |
| 2. Okin Adams & Kilmer LLP | | | $24,607.59 | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| **TOTAL PROFESSIONALS    (MOR-1)** | $0.00 | $25,000.00 | $50,651.33 | | | |

**MOR-9** *Revised 07/01/98*

Notes:
(1) Payment to Tres Kennedy was regular payroll (does not include payroll taxes paid by the Debtor); does not include reimbursement payments for company expenses.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**
**Exhibit A - CONSOLIDATING DISBURSEMENTS OF JOINTLY ADMINISTERED CASES IN CHAPTER 11**

CASE NAME: AMIDEE CAPITAL GROUP, INC.
JOINT ADMINISTRATION CASE NUMBER: 10-20041

### DISBURSEMENTS

| Entity | Case No. | 1/4-1/31/10 | 1/17-1/31/10 | Feb-10 | Mar-10 | Apr-10 | | | | Filing to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Amidee 2006 Preferred-Corpus, Ltd. | 10-20007 | $0 | | $29,270 | $16,306 | | | | | $45,577 |
| Amidee Capital Group, Inc. | 10-20041 | | 0 | 54,809 | 81,499 | | | | | $136,308 |
| Amidee 2006 Preferred Real Estate Income Program | 10-20042 | | 0 | 2,120 | 7,310 | | | | | $9,431 |
| Amidee Oak Point Apartments, LLC | 10-20043 | | 0 | 19,864 | 34,019 | | | | | $53,883 |
| Amidee 2004 - I Tax Deed & Certificate Investment | 10-20044 | | 0 | 0 | 0 | | | | | $0 |
| Amidee 2005 - II Tax Deed & Investment Program | 10-20045 | | 0 | 0 | 0 | | | | | $0 |
| Amidee 2006 - III Tax Deed Real Estate Investment | 10-20046 | | 0 | 0 | 0 | | | | | $0 |
| Amidee 2006 Commercial Real Estate Income Program | 10-20047 | | 0 | 12,983 | 10,046 | | | | | $23,029 |
| Amidee 2007 - CRE Income Fund, Ltd. | 10-20048 | | 0 | 10,237 | 8,541 | | | | | $18,778 |
| Amidee 2008 - CRE Income Fund, Ltd. | 10-20049 | | 0 | 25,522 | 21,759 | | | | | $47,281 |
| Amidee 2009 - CRE Income Fund, Ltd. | 10-20050 | | 0 | 95 | 0 | | | | | $95 |
| | | $0 | $0 | $154,901 | $179,481 | $0 | $0 | $0 | $0 | $334,382 |

Note:
(1) Debtors did not make any post-petition disbursements in January 2010.