UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 10-20041 |
| AMIDEE CAPITAL GROUP, INC., | § | |
| ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the Ad Hoc Amidee Limited Partners Committee hereby appears in this cause and requests that notice of all matters arising in this case of which notice is sent to any creditor or party-in-interest, also be sent to:

> Ad Hoc Amidee Limited Partners Committee
> c/o Marc Douglas Myers
> 3120 Southwest Freeway, Suite 320
> Houston, Texas 77098
> (713) 522-2270 & (713) 522-3322 fax

Dated: April 26, 2010

Respectfully submitted,

/s/ Marc Douglas Myers
BY:_____
Marc Douglas Myers
SBN 00797133
Federal I.D. No. 21101

OF COUNSEL:
Adair & Myers, P.L.L.C.
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
(713) 522-2270 & (713) 522-3322 fax