208

ENTERED
05/05/2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-20041 |
| | § | |
| AMIDEE CAPITAL GROUP, INC., ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF DEBTORS' MOTION TO EXTEND EXCLUSIVE PERIOD FOR DEBTORS TO FILE AND OBTAIN ACCEPTANCES OF PLANS OF REORGANIZATION AND GRANTING TEMPORARY EXTENSION UNTIL FINAL HEARING**

CAME ON FOR CONSIDERATION the Motion for Expedited Consideration of Debtors' Motion to Extend Exclusive Period for Debtors to File and Obtain Acceptances of Plans of Reorganization and For Entry of Bridge Order Until Final Hearing ("Expedited Motion"); the Court having jurisdiction over the Expedited Motion pursuant to 28 U.S.C. §§ 157 and 1334 and this being a core proceeding under 28 U.S.C. § 157(b); and it appearing that adequate and sufficient notice of the Expedited Motion has been given and that no other or further notice need be given; and good cause appearing therefore, it is therefore hereby

ORDERED that the Expedited Motion is **GRANTED**; it is further

ORDERED that a final hearing will be held on the Motion to Extend Exclusive Period for Debtors to File and Obtain Acceptances of Plans of Reorganization on **May 21, 2010 at 9:00 A.M.** at Room 208, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401; it is further

ORDERED that Debtors' exclusive period to file plans of reorganization pursuant to 11 U.S.C. § 1121 is hereby extended to and including May 21, 2010; it is further

ORDERED that the Debtors' exclusive period to obtain acceptances of plans of reorganization pursuant to 11 U.S.C. § 1121 is hereby extended to and including May 21, 2010.

.

Dated: May 5, 2010 .

_____
THE HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE