UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 10-20041 |
| AMIDEE CAPITAL GROUP, INC., | § | |
| ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS | § | (Jointly Administered) |

## AD HOC AMIDEE LIMITED PARTNERS COMMITTEE'S EMERGENCY MOTION TO EXTEND TIME FOR TAX DEED LIMITED PARTNERSHIPS TO FILE PROOFS OF CLAIM

TO THE HONORABLE RICHARD SCHMIDT, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the Ad Hoc Amidee Limited Partners Committee (hereafter "Ad Hoc Committee") and would show as follows:

1. These jointly administered Chapter 11 bankruptcy proceedings involve nine (9) limited partnerships, one (1) LLC, and its main control entity, Amidee Capital Group, Inc. ("ACG"). Included are the limited partnerships known as (i) Amidee-2004-I Tax Deed & Certificate Investment Program Ltd., (ii) Amidee 2005-II Tax Deed Investment Program, Ltd., and (iii) the Amidee 2006-III Tax Deed & Real Estate Investment Program, Ltd. (collectively the "Tax Deed LPs").

2. This motion seeks an extension of time for the Tax Deed LPs to file proofs claim against Amidee Capital Group, Inc., the general partner of the limited partnerships. The current deadline for filing proofs of claim in these various bankruptcy cases is May 19, 2010. Amidee Capital Group, Inc., the general partner of the Tax Deed LPs, schedules certain claims by the Tax Deed LPs against it for promissory note related indebtedness. However, there are numerous allegations of suspect inter-company transfers of funds and real property, the investigation of which is ongoing. Thus, it is entirely possible that the Tax Deed LPs have claims against ACG for debts

other than these promissory notes which need to be preserved for the benefit of those entities.

3. The Ad Hoc Amidee Limited Partners Committee represents the holders of limited partnership interests in the various CRE LPs. The initial solicitation for formation of the Ad Hoc Committee envisioned representation of both the CRE and Tax Deed interest holders as one group. However, it was subsequently determined that conflicts existed that required retention of separate counsel. Current Ad Hoc Committee counsel was hired to represent only the CRE LP interest holders. While significant discussions have been held with local counsel in Corpus Christi, specifically Michael Schmidt, to represent a committee of the Tax Deed LP interest holders, that representation has not yet been finalized. Additional time is needed to have the Tax Deed LP interest holders coalesce into an organized group and retain their own counsel. In the interim, out of fairness and an abundance of caution, the Ad Hoc Committee requests that the time period in which proofs of claim may be filed on behalf of the Tax Deed Limited Partnerships be extended until July 6, 2010 (48 days).

4. The Ad Hoc Committee posits that emergency consideration is appropriate as the claim filing deadline is May 19, 2010.

WHEREFORE based on the foregoing, the Ad Hoc Committee respectfully requests that the time period in which proofs of claim may be filed on behalf of the Tax Deed Limited Partnerships be extended until July 6, 2010 and for such other and further relief to which it may show itself entitled.

    Respectfully submitted,
**AD HOC AMIDEE LIMITED PARTNERS COMMITTEE**

    /s/ Marc Douglas Myers
BY:_____
Marc Douglas Myers
SBN 00797133

Federal I.D. No. 21101

OF COUNSEL:
Adair & Myers, P.L.L.C.
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
(713) 522-2270 & (713) 522-3322 fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was sent to all persons required to be served in this cause pursuant to the Order Establishing Limited Service of Notices and Establishing Official Limited Service List entered May 19, 2010 at Dkt # 26, by regular US Mail, postage prepaid, unless otherwise served by the CM-ECF system.

/s/ Marc Douglas Myers
_____
Marc Douglas Myers