IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
05/21/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-20041 |
| | § | |
| AMIDEE CAPITAL GROUP, INC., ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**ORDER GRANTING MOTION TO EXTEND EXCLUSIVE PERIOD FOR DEBTORS TO FILE AND OBTAIN ACCEPTANCES OF PLANS OF REORGANIZATION**

Upon consideration the Debtors' Motion seeking to Extend Exclusive Period for Debtors to File and Obtain Acceptances of Plans of Reorganization (the "<u>Motion</u>"); and it appearing that the Court has jurisdiction to consider the matter; and good cause being shown; and due and proper notice of the Motion having been given, the Court is of the opinion that the proposed relief requested in the Motion should be granted. Therefore it is hereby

ORDERED that the Motion is **GRANTED**; it is further

ORDERED that Debtors' exclusive period to file plans of reorganization pursuant to 11 U.S.C. § 1121 is hereby extended to and including August 16, 2010; and it is further

ORDERED that the Debtors' exclusive period to obtain acceptances of plans of reorganization pursuant to 11 U.S.C. § 1121 is hereby extended to and including October 18, 2010.

Dated: 5/21/10

THE HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE