IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 10-20041-C-11 |
| | * | |
| AMIDEE CAPITAL GROUP, INC., ET AL., | * | Chapter 11 |
| | * | |
| | * | |
| Debtors | * | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND NOTICES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Willowood Maintenance Association, a secured creditor and claimant in the above-styled and numbered case, and pursuant to Section 1109(b) of the United States Bankruptcy Code, and Bankruptcy Rule 2002, hereby appears in the captioned Chapter 11 case and hereby requests service of copies of all pleadings and all notices, such service to be accomplished through its attorney of record at the following address:

Treece Law Firm
1020 Bay Area Boulevard, Suite 200
Houston, Texas 77058

Respectfully submitted,

*/s/ Karren A. Maxwell*

Michael J. Treece  Fed. ID# 10682
State Bar No. 20207300
Karren A. Maxwell  Fed. ID# 1009186
State Bar No. 24055922
1020 Bay Area Boulevard, Suite 200
Houston, Texas 77058
(281) 667-3100 - telephone
(281) 667-3101 - facsimile
Attorneys for Willowood Maintenance Association

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Proof of Claim and Notice of Appearance and Request for Service of All Pleadings has been mailed by certified mail, return receipt requested, to all parties entitled to notice, on this 2nd day of June, 2010.

*Karren A. Maxwell*
Karren A. Maxwell