**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-20041 |
| | § | |
| AMIDEE CAPITAL GROUP, INC., ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

<u>**NOTICE OF AUCTION RESULTS**</u>
**(RELATES TO DOC. NOS. 276, 297, 280)**

PLEASE TAKE NOTICE THAT attached hereto as **Exhibit A** is a Schedule of Successful Bids showing the results of the Auction held on September 23, 2010.  The Schedule of Successful Bids identifies the Successful Bidders and Reserve Bidders for each property that was sold at the Auction and their respective bid amounts.  The Debtors will seek Court approval of the sales shown on the attached schedule at the Sale Hearing currently set to take place at 2:00pm Central Time on Monday, October 4, 2010.

Properties not listed on the attached schedule did not receive a bid at or above the Minimum Opening Bid Amount, and therefore a Successful Bid for those properties was not established at the Auction.

Respectfully submitted this 24th day of September, 2010.

**OKIN ADAMS & KILMER LLP**

By:  _/s/ Sara Mya Keith___
    Matthew S. Okin (TB# 00784695)
    mokin@oakllp.com
    Sara Mya Keith (TB# 24062938)
    skeith@oakllp.com
    1113 Vine St. Suite 201
    Houston, TX  77002
    Tel:  (713) 228-4100
    Fax:  (888) 865-2118

**ATTORNEYS FOR THE DEBTORS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the forgoing Notice was served upon the parties on the attached service list via United States Mail, postage prepaid and/or via e-mail on the 24th day of September, 2010.

*/s/ Sara Mya Keith*
Sara Mya Keith

*In re Amidee Capital Group, et. al.*, Case No. 10-20041

## Schedule of Successful Bids

| No. | Description of Property | Successful Bidder | Successful Bid Amount | Reserve Bidder | Reserve Bid Amount |
|-----|-------------------------|-------------------|------------------------|----------------|--------------------|
| 1. | Coastal Breeze Apartments* 2311 71st Street, Galveston, TX 77551 GCAD# R120087 | Sterling Bank | $750,000 | None | N/A |
| 2. | Park Place Apartments* 8401 Park Place, Houston TX 77017 HCAD# 0283430000004 | Michael A. Beiser | $475,000 | Meritas Capital, LLC | $475,000 |
| 3. | Oak Pointe Apartments* 1111 Burke, Pasadena, TX 77056 HCAD# 0321070010053 | Sterling Bank | $1,990,000 | None | N/A |
| 4. | Harbour Glen Apartments* 1225 10th St. N., Texas City, TX 77590 GCAD# P380118, R363362, R384844 | Lone Star Bank | $1,545,000 | None | N/A |
| 5. | Findlay Apartments 8117 Findlay, Houston, TX 77017 HCAD# 0283160000020 | Meritas Capital, LLC | $230,000 | None | N/A |
| 6. | Pala Blanco & Ley Road, Houston, TX 77078 (35 acres Ley Rd)* HCAD# 0513850000006 | MaryField, Ltd. | $475,000 | Sterling Bank | $450,000 |
| 7B. | 12100 Martin Luther King Blvd., Houston, TX 77048 (4 Acres only)* HCAD# 0450780000039 | Sterling Bank | $150,000 | None | N/A |
| 8. | West Orem, Houston TX 77045* HCAD# 0681210010002 | Sterling Bank | $75,000 | None | N/A |
| 37. | 7415 Winkleman, Houston, TX 77083* HCAD# 1150300020052 | Vicky Pham | $57,500 | Sterling Bank | $52,500 |
| 39. | 3611 Highfalls Dr., Houston TX 77068 HCAD# 1085680000007 | Huan Phan | $95,000 | None | N/A |

* Property subject to secured claim

9/24/2010

**Shortened Service List**
**Amidee Capital Group Inc.**
**Case No. 10-20041**
**Jointly Administered**

Amidee Capital Group, Inc.
P.O. Box 52969
Houston, Texas 77052

Matthew S. Okin
Sara Mya Keith
1113 Vine Street, Suite 201
Houston, Texas 77002
skeith@oakllp.com

United States Trustee's Office
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78476

Lone Star Bank
Mathew Melvin
Asst Vice President
952 Echo Lane, Suite 100
Houston, TX 77024
MMelvin@LSBTexas.com

National Guardian Life Insurance Co
Robert A Mucci
Two East Gilman St
Madison, WI 53703
ramucci@nglic.com
McNeidinger@nglic.com
mjdrew@nglic.com

NCN Lending LLC
Thomas J Conwell
P.O. Box 411691
Kansas City, MO 64141-1691
tconwell@usrealtycapital.com

Keith M. Aurzada
John C. Leininger
BRYAN CAVE LLC
2200 Ross Avenue, Ste. 3300
Dallas, TX 75201
keith.aurzada@bryancave.com
John.leininger@bryancave.com

Sterling Bank
John Murphy
Commercial Lending Group
2401 Fountainview, Suite 100
Houston, TX 77057
john.murphy@banksterling.com

Danny W. Looney, P.C.
3838 Oak Lawn Ave., Ste. 910
Dallas, TX 75219

First Access Capital Corp
34601 E. Shores Rd.
Lone Jack, MO 64070

Leo Vasquez
Tax Assessor-Collector
P.O. Box 4663
Houston, TX 77210-4663

Fidelity National Property Ins.
801 94th Avenue N., Ste. 110
St. Petersburg, FL 33702

Elizabeth Parker
Dba All Bright Janitorial
03 Phillips Drive
Los Lunas, NM 87031

Sherrie Malone
3103 Lakes of Katy Lane
Katy, TX 77493

Parkwood of Northchase
14420 W. Sylvanfield
Houston, TX 77014

Pasadena ISD
P.O. Box 1318
Pasadena, TX 77501-1318

Aicco, Inc.
P.O. Box 200455
Dallas, TX 75320

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

Maintenance Supply
P.O. Box 203601
Houston, TX 77216-3601

Dell Commercial Credit
P.O. Box 689020
Des Moines, IA 50368

City of Houston
P.O. Box 1560
Houston, TX 77521

Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710

Dell Commercial Credit
P.O. Box 689020
Des Moines, IA 50368

Nueces County Tax Assessor & Collector
901 Leopard, Room 301
Corpus Christi, TX 78401

Texas City ISD-Tax Office
Tax Assessor-Collector
P.O. Box 1150
Texas City, TX 77592

US Bank Office Equipment
1310 Madrid St., Ste. 101
Marshall, MN 56258

Criterion Brock
P.O. Box 800273
Houston, TX 77280-0273

StarTex Power
P.O. Box 4802
Houston, TX 77210

IRS-Corpus Christi
STOP #5026AUS
300 E. 8th Street
Austin, TX 78701

Ted L. Walker
Adam R. Fracht
THE WALKER FIRM
402 Main Street, 9th Floor
Houston, TX 77002
tlwalkerlaw@aol.com

Joseph G. Epstein
WINSTEAD PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
jepstein@winstead.com

Darla C. Carlisle
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
dcarlisle@wkpz.com

Charles R. Sterbach
Assistant United States Trustee
Office of the United States Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX 78476
Charles.R.Sterbach@usdoj.gov

Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston TX 77010
Facsimile No.: 713-547-2600
patrick.hughes@haynesboone.com

Pasadena ISD
Dexter D. Joyner
4701 Preston Ave.
Pasadena, texas 77505
Fax: 281-991-6201

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131
claims@recoverycorp.com

Richard Hanna
10701 Lomas NE, Suite 201
Albuquerque, NM 87112
rhanna@richardhanna.com

J. David Dickson
Beard Kultgen Brophy Bostwick & Dickson, LLP
5400 Bosque Blvd., Suite 301
Waco, Texas 76710
Dickson@thetexasfirm.com

Patricia Reed Constant
One Shoreline Plaza
800 North Shoreline Blvd., Ste. 320 S
Corpus Christi, Texas 78401

Spring ISD
c/o Perdue Brandon, Fielder Collins & Mott LLP
Yolanda M. Humphrey
1235 North Loop West, Suite 600
Houston, Texas 77008
Yhumphrey@pbfcm.com

Ad Hoc Amidee Limited Partners Committee
c/o Marc Douglas Myers
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
mm@am-law.com

Redi-Carpet Sales of Houston, Ltd.
c/o David E. Thomas
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, Texas 75254
davethomas@tcblawfirm.com

City of Pasadena-Water Dept. & Harris & Galveston County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box. 3064
Houston, Texas 77253
Houston_Bankruptcy@publicans.com

Treece Law Firm
1020 Bay Area Blvd, Suite 200
Houston, Texas 77058

San Gabriel Community Improvement
Association, Inc.
Attn: Robert North
1 Greenway Plaza, Suite 1005
Houston, Texas 77046