**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

CASE NAME: AMIDEE CAPITAL GROUP, INC.   PETITION DATE: 1/17/2010
CASE NUMBER: 10-20041

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH September YEAR 2010

| MONTH | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 33,553.01 | 200,628.02 | 220,860.97 | 189,812.63 | 405,058.40 | 194,380.20 | 178,491.11 | 170,306.60 | 139,764.86 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 9,553.01 | 43,112.97 | 45,323.47 | (24,058.38) | 219,145.38 | (15,800.37) | (11,939.46) | (22,348.50) | (3,231.59) |
| NET INCOME (LOSS) (MOR-6) | 6,209.46 | 9,823.43 | 6,042.09 | (41,299.15) | 115,256.33 | (33,558.41) | (38,848.82) | (37,211.52) | (24,785.53) |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 25,000.00 | 50,651.33 | 27,364.11 | 104,061.20 | 56,215.87 | 60,921.20 | 21,013.40 | 32,500.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 0.00 | 154,900.76 | 179,481.02 | 198,053.57 | 272,524.16 | 238,646.92 | 234,046.28 | 209,206.08 | 158,331.50 |

***The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis, and have disbursements broken down by case number on Exhibit A attached***
***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | |
|---|---|---|---|
| | | Are all accounts receivable being collected within terms? | (Yes) No |
| | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes (No)  See Note (2) |
| | | Have any pre-petition liabilities been paid? | (Yes) No |
| CASUALTY(1) YES (X) NO ( ) | ___-___-___ | If so, describe | |
| LIABILITY(1) YES (X) NO ( ) | ___-___-___ | Are all funds received being deposited into DIP bank accounts? | (Yes) No |
| VEHICLE(1) YES ( ) NO (X) | ___-___-___ | Were any assets disposed of outside the normal course of business? | Yes (No) |
| WORKER'S(1) YES (X) NO ( ) | ___-___-___ | If so, describe | |
| OTHER(1) YES ( ) NO (X) | ___-___-___ | Are all U.S. Trustee Quarterly Fee Payments current? | (Yes) No |
| * see Notes | | What is the status of your Plan of Reorganization? | TBD - Pending Court Hearing |

ATTORNEY NAME: Matthew S. Okin
FIRM NAME: Okin Adams & Kilmer LLP
ADDRESS: 1113 Vine Street, Suite 201
CITY, STATE, ZIP: Houston, Texas 77002
TELEPHONE/FAX: 713-228-4100 / 888-865-2118

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED X  /s/ Douglas J. Brickley   TITLE: CRO for ACG et al.
(ORIGINAL SIGNATURE)
Douglas J. Brickley   10/20/2010
(PRINT NAME OF SIGNATORY)   DATE

**MOR-1**   Revised 07/01/98

Notes:
(1) The Debtors do not have any car insurance. The Debtors have renewed all Windstorm & Hail policies on required properties in February, March or April 2010 and the Debtors have renewed General Liability and Property Insurance on all properties in April 2010.
(2) Debtors have not paid for property taxes, franchise taxes or federal taxes, except for Sylvanfield Office Building which was sold in May 2010.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September |
|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | |
| Cash | $25,974.65 | $59,527.66 | $105,254.92 | $146,634.87 | $118,656.93 | $266,877.42 | $226,610.70 | $167,055.53 | $128,156.05 | $109,589.41 |
| Accounts Receivable, Net | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Prepaid Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other[1] | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 |
| TOTAL CURRENT ASSETS | 45,974.65 | 79,527.66 | 125,254.92 | 166,634.87 | 148,656.93 | 286,877.42 | 256,610.70 | 197,055.53 | 158,156.05 | 139,589.41 |
| PROPERTY, PLANT & EQUIP. @ COST[2] | 21,937,250.00 | 21,937,250.00 | 21,937,250.00 | 21,937,250.00 | 21,937,250.00 | 20,287,250.00 | 20,287,250.00 | 20,287,250.00 | 20,287,250.00 | 20,287,250.00 |
| Less Accumulated Depreciation[3] | 3,290,587.50 | 3,290,587.50 | 3,290,587.50 | 3,290,587.50 | 3,290,587.50 | 3,043,087.50 | 3,043,087.50 | 3,043,087.50 | 3,043,087.50 | 3,043,087.50 |
| NET BOOK VALUE OF PP & E | 18,646,662.50 | 18,646,662.50 | 18,646,662.50 | 18,646,662.50 | 18,646,662.50 | 17,244,162.50 | 17,244,162.50 | 17,244,162.50 | 17,244,162.50 | 17,244,162.50 |
| **OTHER ASSETS** | | | | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Electric Deposit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. | | | | | | | | | | |
| TOTAL ASSETS | $18,692,637.15 | $18,726,190.16 | $18,771,917.42 | $18,813,297.37 | $18,795,319.43 | $17,531,039.92 | $17,500,773.20 | $17,441,218.03 | $17,402,318.55 | $17,383,751.91 |

* Per Schedules and Statement of Affairs

MOR-2

Notes:
(1) Other includes debtors' estimated value of personal property.
(2) Property Plant & Equipment values were adjusted in February 2010 to accurately reflect PP&E values as reflected on Schedules and Statement of Financial Affair for all debtors. Values exclude Amidee Hotels & Resorts and the 75% interest in the Atrium building in Albuquerque, New Mexico (non-debtor entities). In May 2010 the Debtors sold one property and fixtures for $1,650,000.
(3) Estimate of accumulated depreciation was equal to 15% of value at cost as of January 31, 2010. Debtor is not accruing depreciation since petition date. In May 2010 the Debtors sold one property and fixtures for $1,650,000 and hence Accumulated Depreciation was lowered accordingly.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May[(1)] | MONTH June | MONTH July | MONTH August | MONTH September |
|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | $0.00 | $24,000.00 | $74,850.95 | $137,586.47 | $173,434.62 | $129,217.00 | $157,311.36 | $161,542.81 | $163,871.39 | $182,943.09 |
| PRE-PETITION LIABILITIES | | | | | | | | | | |
| Notes Payable - Secured | 10,414,100.02 | 10,414,100.02 | 10,414,100.02 | 10,414,100.02 | 10,414,100.02 | 9,075,801.48 | 9,075,801.48 | 9,075,801.48 | 9,075,801.48 | 9,075,801.48 |
| Priority Debt[(2)] | 426,104.93 | 426,104.93 | 426,104.93 | 426,104.93 | 426,104.93 | 370,796.61 | 370,796.61 | 370,796.61 | 370,796.61 | 370,796.61 |
| Federal Income Tax[(3)] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt[(4)] | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 | 2,795,024.20 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 13,635,229.15 | 13,635,229.15 | 13,635,229.15 | 13,635,229.15 | 13,635,229.15 | 12,241,622.29 | 12,241,622.29 | 12,241,622.29 | 12,241,622.29 | 12,241,622.29 |
| TOTAL LIABILITIES | 13,635,229.15 | 13,659,229.15 | 13,710,080.10 | 13,772,815.62 | 13,808,663.77 | 12,370,839.29 | 12,398,933.65 | 12,403,165.10 | 12,405,493.68 | 12,424,565.38 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARKET VALUE ADJUSTMENT | 5,057,408.00 | 5,060,751.55 | 5,053,313.89 | 5,034,439.66 | 5,015,616.83 | 5,064,168.47 | 5,039,365.80 | 5,038,052.93 | 4,996,824.87 | 4,959,186.53 |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 6,209.46 | 9,823.43 | 6,042.09 | (19,224.17) | 96,032.16 | (38,372.13) | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 5,057,408.00 | 5,066,961.01 | 5,063,137.32 | 5,040,481.75 | 4,996,392.66 | 5,160,200.63 | 5,000,993.67 | 5,038,052.93 | 4,996,824.87 | 4,959,186.53 |
| TOTAL LIABILITIES & OWNERS EQUITY | $18,692,637.15 | $18,726,190.16 | $18,773,217.42 | $18,813,297.37 | $18,805,056.43 | $17,531,039.92 | $17,399,927.32 | $17,441,218.03 | $17,402,318.55 | $17,383,751.91 |

* Per Schedules and Statement of Affairs

**MOR-3**                                                                                           *Revised 07/01/98*

Notes:
(1) In May 2010 the Debtors sold one property and fixtures for $1,650,000 and accordingly paid off National Guardian Life Insurance Company Loan and all priority debt on the property (i.e. Taxes)
(2) Priority Debt includes 2009 property taxes that were due on January 31, 2010.
(3) Federal Income Tax is unknown at this time; 2009 Tax returns have not yet been completed.
(4) Excludes intercompany debt, which is listed on Schedules and Statement of Financial Affairs as part of Unsecured Debt for the debtors.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September |
|---|---|---|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | $24,000.00 | $10,000.00 | $15,000.00 | $20,000.00 | 15,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| TAX PAYABLE | | | | | | | | | |
|   Federal Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   State Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED INTEREST PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED PROFESSIONAL FEES*[1] | 0.00 | 64,850.95 | 122,586.47 | 153,434.62 | 114,217.00 | 152,311.36 | 156,542.81 | 158,871.39 | 177,943.09 |
| OTHER ACCRUED LIABILITIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $24,000.00 | $74,850.95 | $137,586.47 | $173,434.62 | $129,217.00 | $157,311.36 | $161,542.81 | $163,871.39 | $182,943.09 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

Notes:
(1) In August 2010, Okin Adams & Kilmer LLP applied a portion of its retainer to offset some of the receivables.

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

# AGING OF POST-PETITION LIABILITIES
## MONTH September 2010

| DAYS | TOTAL | TRADE ACCOUNTS[1] | FEDERAL TAXES | STATE TAXES | AD VALOREM, TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | $51,571.70 | $51,571.70 | | | | |
| 31-60 | 41,750.86 | 41,750.86 | | | | |
| 61-90 | 49,994.01 | 49,994.01 | | | | |
| 91+ | 39,626.52 | 39,626.52 | | | | |
| TOTAL | $182,943.09 | $182,943.09 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE[2]

| MONTH | Sep-10 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | $10,000.00 | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                                                           *Revised 07/01/98*

Notes:
(1) Most of the post-petition liabilities are accrued professional fees except certain post-petition leases that have not been paid.
(2) Debtors estimate there are approximately $10,000 in accounts receivable as of September 30, 2010 (all are late rents and final net AR is currently unavailable).

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## STATEMENT OF INCOME (LOSS)

| | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | $33,553.01 | $200,628.02 | $220,860.97 | $189,812.63 | $405,058.40 | $194,380.20 | $178,491.11 | $170,306.60 | $139,764.86 | $1,732,855.80 |
| TOTAL COST OF REVENUES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GROSS PROFIT | $33,553.01 | $200,628.02 | $220,860.97 | $189,812.63 | $405,058.40 | $194,380.20 | $178,491.11 | $170,306.60 | $139,764.86 | $1,732,855.80 |
| OPERATING EXPENSES: | | | | | | | | | | |
| Selling & Marketing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General & Administrative | $24,000.00 | $86,620.76 | $78,439.69 | $116,299.46 | $95,807.39 | $115,056.55 | $99,190.47 | $98,352.93 | $74,409.34 | $788,176.59 |
| Insiders Compensation | $0.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $45,000.00 |
| Professional Fees | $0.00 | $60,504.29 | $82,735.76 | $82,660.32 | $64,843.58 | $69,861.97 | $65,978.05 | $50,621.62 | $52,064.95 | $529,270.54 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.21 | $1.21 |
| Other[1] | $0.00 | $2,890.00 | $6,862.05 | $7,411.23 | $17,762.05 | $17,762.05 | $17,762.05 | $43,680.55 | $16,520.95 | $130,650.93 |
| TOTAL OPERATING EXPENSES | $24,000.00 | $157,515.05 | $175,537.50 | $213,871.01 | $185,913.02 | $210,180.57 | $190,430.57 | $192,655.10 | $142,996.45 | $1,493,099.27 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | $9,553.01 | $43,112.97 | $45,323.47 | ($24,058.38) | $219,145.38 | ($15,800.37) | ($11,939.46) | ($22,348.50) | ($3,231.59) | $239,756.53 |
| INTEREST EXPENSE[2] | $0.00 | $28,000.00 | $36,027.95 | $39,478.77 | $41,827.95 | $35,827.95 | $47,827.95 | $34,900.00 | $34,900.00 | $298,790.57 |
| DEPRECIATION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER (INCOME) EXPENSE* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER ITEMS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | $0.00 | $28,000.00 | $36,027.95 | $39,478.77 | $41,827.95 | $35,827.95 | $47,827.95 | $34,900.00 | $34,900.00 | $298,790.57 |
| NET INCOME BEFORE TAXES | $9,553.01 | $15,112.97 | $9,295.52 | ($63,537.15) | $177,317.43 | ($51,628.32) | ($59,767.41) | ($57,248.50) | ($38,131.59) | ($59,034.04) |
| FEDERAL INCOME TAXES[3] | $3,343.55 | $5,289.54 | $3,253.43 | ($22,238.00) | $62,061.10 | ($18,069.91) | ($20,918.59) | ($20,036.97) | ($13,346.06) | ($20,661.91) |
| NET INCOME (LOSS) (MOR-1) | $6,209.46 | $9,823.43 | $6,042.09 | ($41,299.15) | $115,256.33 | ($33,558.41) | ($38,848.82) | ($37,211.52) | ($24,785.53) | ($38,372.13) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* Footnote Mandatory.

\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**

Notes:
(1) Debtors estimate that part of their payments to the secured lenders were accrued interest and part were principal.
(2) Debtors estimate total interest payments to Sterling Bank and Lone Star Bank totaled $34,900.
(3) Assumes Federal Income Taxes of 35%.

CASE NAME:   AMIDEE CAPITAL GROUP, INC.
CASE NUMBER:  10-20041

| CASH RECEIPTS AND DISBURSEMENTS | Per Projection | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August | MONTH September | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $18,197.00 | $25,974.65 | $59,527.66 | $105,254.92 | $146,634.87 | $118,656.93 | $266,877.42 | $222,610.70 | $167,055.53 | $128,156.05 | $25,974.65 |
| RECEIPTS: | | | | | | | | | | | |
| 2. CASH SALES | $22,354.00 | $33,553.01 | $200,628.02 | $215,240.53 | 170,017.63 | 174,109.43 | 174,552.20 | 177,191.11 | 164,178.59 | 139,184.86 | 1,448,655.38 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 2,993.76 | 0.00 | 15,686.25 | 9,828.00 | 1,300.00 | 6,128.01 | 580.00 | 36,516.02 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 229,619.97 | 0.00 | 0.00 | 0.00 | 0.00 | 229,619.97 |
| 6. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 2,626.68 | 58.00 | 1,329.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 14,013.68 |
| TOTAL RECEIPTS** | $22,354.00 | $33,553.01 | $200,628.02 | $220,860.97 | $170,075.63 | $420,744.65 | $194,380.20 | $178,491.11 | $170,306.60 | $139,764.86 | 1,728,805.05 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | | |
| 7. NET PAYROLL | $0.00 | $0.00 | $33,828.85 | 24,903.78 | 23,736.80 | 22,323.02 | 22,333.02 | 22,303.02 | 18,605.13 | 20,537.25 | 188,570.87 |
| 8. PAYROLL TAXES PAID | 0.00 | 0.00 | 6,801.78 | 6,630.78 | 6,694.84 | 5,690.11 | 6,036.76 | 6,621.17 | 4,563.71 | 3,563.73 | 46,602.88 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. UTILITIES & TELEPHONE | 6,772.00 | 0.00 | 24,354.27 | 30,558.61 | 39,363.21 | 31,407.70 | 63,636.85 | 49,876.57 | 46,418.69 | 35,909.58 | 321,525.48 |
| 12. INSURANCE | 0.00 | 0.00 | 14,066.52 | 1,488.69 | 31,370.09 | 16,429.10 | 12,630.75 | 11,119.07 | 12,544.55 | 6,790.55 | 106,439.32 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | 0.00 | 12,182.29 | 10,596.83 | 15,349.93 | 15,480.32 | 13,851.99 | 12,874.93 | 10,867.04 | 5,658.23 | 96,861.56 |
| 17. ADMINISTRATIVE & SELLING[1] | 0.00 | 0.00 | 7,282.57 | 11,761.00 | 6,926.39 | 11,618.94 | 4,067.18 | 3,895.71 | 5,353.81 | 1,950.00 | 52,855.60 |
| 18. OTHER (attach list)[2] | 0.00 | 0.00 | 31,384.48 | 42,890.00 | 47,248.20 | 59,988.77 | 59,874.50 | 66,434.61 | 79,439.75 | 51,420.95 | 438,681.26 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $6,772.00 | $0.00 | $129,900.76 | $128,829.69 | $170,689.46 | $162,937.96 | $182,431.05 | $173,125.08 | $177,792.68 | $125,830.29 | 1,251,536.97 |
| 19. PROFESSIONAL FEES | 0.00 | 0.00 | 25,000.00 | 50,651.33 | 27,364.11 | 104,061.20 | 56,215.87 | 60,921.20 | 21,013.40 | 32,500.00 | 377,727.11 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,525.00 | 0.00 | 0.00 | 10,400.00 | 1.21 | 15,926.21 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS** | $6,772.00 | $0.00 | $154,900.76 | $179,481.02 | $198,053.57 | $272,524.16 | $238,646.92 | $234,046.28 | $209,206.08 | $158,331.50 | 1,645,190.29 |
| 22. NET CASH FLOW | 15,582.00 | 33,553.01 | 45,727.26 | 41,379.95 | (27,977.94) | 148,220.49 | (44,266.72) | (55,555.17) | (38,899.48) | (18,566.64) | 83,614.76 |
| 23. CASH - END OF MONTH (MOR-2) | $33,779.00 | $59,527.66 | $105,254.92 | $146,634.87 | $118,656.93 | $266,877.42 | $222,610.70 | $167,055.53 | $128,156.05 | $109,589.41 | $109,589.41 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
  RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**MOR-7**

Notes:
(1) Administrative and Selling includes Janitorial, Landscaping and other similar services not covered by above line items.
(2) See Schedule 7A for attached list

Revised 07/01/98

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

**Attached list from Item 18 on MOR-7**

| Date | Deposits | Note |
|---|---|---|
| 1-Sep-10 | $ 439.00 | U-Stor Champions (Corporate Storage for Files) |
| 15-Sep-10 | $ 391.95 | Sterling Bank - Account Analysis Service Charge |
| 17-Sep-10 | $ 10,300.00 | Adequate Assurance Payment to Sterling Bank for September 2010 |
| 17-Sep-10 | $ 12,890.00 | Adequate Assurance Payment to Lone Star Bank for September 2010 |
| 17-Sep-10 | $ 24,700.00 | Adequate Assurance Payment to Sterling Bank for September 2010 |
| 17-Sep-10 | $ 2,700.00 | Adequate Assurance Payment to Sterling Bank for September 2010 |
| TOTAL | $ 51,420.95 | Total September 2010 "Other" Expenses. |

**MOR-Schedule 7A**

CASE NAME: AMIDEE CAPITAL GROUP, INC.
CASE NUMBER: 10-20041

## CASH ACCOUNT RECONCILIATION[(1)]
### MONTH OF September 2010

| BANK NAME | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 5000574567 | # 5000574656 | # 5000574753 | # 5000574583 | # 5000574524 | # 5000574591 |
| ACCOUNT TYPE | *Amidee Capital Group, Inc.* | *Amidee Oak Pointe Apartments, LLC* | *Amidee 2009-I CRE Income Fund, Ltd.* | *Amidee 2008-I CRE Income Fund, Ltd.* | *Amidee 2007-I CRE Income Fund, Ltd.* | *Amidee 2006 Preferred Real Estate Income Program, Ltd.* |
| BANK BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE | 1,821.44 | 3,368.75 | 48.70 | 11,007.67 | 1,247.30 | 86,034.96 |
| BEGINNING CASH - PER BOOKS | 3,260.34 | 9,083.52 | 48.70 | 17,029.31 | 2,076.10 | 85,492.20 |
| RECEIPTS* | 2,762.25 | 64,577.30 | 0.00 | 32,626.25 | 14,465.25 | 2,574.00 |
| TRANSFERS BETWEEN ACCOUNTS[(2)] | 52,843.63 | (29,593.35) | 0.00 | (13,740.26) | (971.67) | (979.23) |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | (57,044.78) | (40,698.72) | 0.00 | (24,907.63) | (14,322.38) | (1,052.01) |
| ENDING CASH - PER BOOKS | 1,821.44 | 3,368.75 | 48.70 | 11,007.67 | 1,247.30 | 86,034.96 |

| BANK NAME | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | Sterling Bank | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 5000574451 | # 5000574494 | # 5000574435 | # 5000574699 | # 5000574362 | |
| ACCOUNT TYPE | *Amidee 2006 Preferred-Corpus, Ltd.* | *Amidee 2006 Commercial Real Estate Income Program, Ltd.* | *Amidee 2006-III Tax Deed & Real Estate Investment Program, Ltd.* | *Amidee 2004-I Tax Deed and Certificate Investment Program, Ltd.* | *Amidee 2005-II Texas Deed Investment Program, Ltd.* | TOTAL |
| BANK BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE | 824.63 | 4,788.58 | 129.34 | 151.95 | 166.09 | 109,589.41 |
| BEGINNING CASH - PER BOOKS | 824.63 | 9,893.87 | 129.34 | 151.95 | 166.09 | 128,156.05 |
| RECEIPTS* | 0.00 | 22,759.81 | 0.00 | 0.00 | 0.00 | 139,764.86 |
| TRANSFERS BETWEEN ACCOUNTS[(2)] | 0.00 | (7,559.12) | 0.00 | 0.00 | 0.00 | (0.00) |
| (WITHDRAWAL) OR INDIVIDUAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | (20,305.98) | 0.00 | 0.00 | 0.00 | (158,331.50) |
| ENDING CASH - PER BOOKS | 824.63 | 4,788.58 | 129.34 | 151.95 | 166.09 | 109,589.41 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7.

Notes:

(1) For simplicity Debtors assume all payments made between September 1-30, 2010 were cleared as of September 30, 2010.

(2) In September 2010 Transfers to ACG included transfers for (1) Payroll (coming out of one Paychex account), (2) Insurance Payments (one big check for all properties paid from ACG) and (3) Corporate Overhead & Management Fee.

**CASE NAME:** AMIDEE CAPITAL GROUP, INC.
**CASE NUMBER:** 10-20041

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Jan-10 | MONTH Feb-10 | MONTH Mar-10 | MONTH Apr-10 | MONTH May-10 | MONTH Jun-10 | MONTH Jul-10 | MONTH Aug-10 | MONTH Sep-10 |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tres Kennedy (Executive VP of Operations)[1] | $0.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $0.00 | $0.00 |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| **TOTAL INSIDERS (MOR-1)** | $0.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Jan-10 | MONTH Feb-10 | MONTH Mar-10 | MONTH Apr-10 | MONTH May-10 | MONTH Jun-10 | MONTH Jul-10 | MONTH Aug-10 | MONTH Sep-10 |
|---|---|---|---|---|---|---|---|---|---|
| 1. LECG, LLC | $0.00 | $25,000.00 | $26,043.74 | $0.00 | $58,112.83 | $27,703.23 | $25,825.40 | $7,762.18 | $16,250.00 |
| 2. Okin Adams & Kilmer LLP | | | $24,607.59 | $27,364.11 | $45,948.37 | $28,512.64 | $35,095.80 | $13,251.22 | $16,250.00 |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| **TOTAL PROFESSIONALS (MOR-1)** | $0.00 | $25,000.00 | $50,651.33 | $27,364.11 | $104,061.20 | $56,215.87 | $60,921.20 | $21,013.40 | $32,500.00 |

**MOR-9**

*Revised 07/01/98*

Notes:
(1) As of August 1, 2010 Tres Kennedy was no longer an Amidee employee.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION
Exhibit A - CONSOLIDATING DISBURSEMENTS OF JOINTLY ADMINISTERED CASES IN CHAPTER 11

CASE NAME: AMIDEE CAPITAL GROUP, INC.
JOINT ADMINISTRATION CASE NUMBER: 10-20041

### DISBURSEMENTS

| Entity | Case No. | 1/4-1/31/10 | 1/17-1/31/10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Filing to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amidee 2006 Preferred-Corpus, Ltd. | 10-20007 | $0 | | $29,270 | $16,306 | $31,680 | $19,045 | $17,543 | $31,489 | $34,607 | $0 | $179,941 |
| Amidee Capital Group, Inc. | 10-20041 | | 0 | 54,809 | 81,499 | 86,571 | 147,945 | 95,253 | 101,695 | 65,311 | 57,045 | $690,128 |
| Amidee 2006 Preferred Real Estate Income Program | 10-20042 | | 0 | 2,120 | 7,310 | 1,156 | 5,819 | 3,485 | 1,278 | 1,259 | 1,052 | $23,479 |
| Amidee Oak Point Apartments, LLC | 10-20043 | | 0 | 19,864 | 34,019 | 35,102 | 38,924 | 53,940 | 40,234 | 42,549 | 40,699 | $305,331 |
| Amidee 2004 - I Tax Deed & Certificate Investment | 10-20044 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 |
| Amidee 2005 - II Tax Deed & Investment Program | 10-20045 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 |
| Amidee 2006 - III Tax Deed Real Estate Investment | 10-20046 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 |
| Amidee 2006 Commercial Real Estate Income Program | 10-20047 | | 0 | 12,983 | 10,046 | 9,647 | 19,190 | 19,820 | 20,433 | 26,285 | 20,306 | $138,710 |
| Amidee 2007 - CRE Income Fund, Ltd. | 10-20048 | | 0 | 10,237 | 8,541 | 15,976 | 16,074 | 23,199 | 16,130 | 13,549 | 14,322 | $118,028 |
| Amidee 2008 - CRE Income Fund, Ltd. | 10-20049 | | 0 | 25,522 | 21,759 | 17,922 | 25,528 | 25,408 | 23,437 | 25,645 | 24,908 | $190,128 |
| Amidee 2009 - CRE Income Fund, Ltd. | 10-20050 | | 0 | 95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $95 |
| | | $0 | $0 | $154,901 | $179,481 | $198,054 | $272,524 | $238,647 | $234,696 | $209,206 | $158,332 | $1,645,840 |

Note:
(1) Debtors did not make any post-petition disbursements in January 2010.
(2) Does not include transfers to Amidee Capital Group, Inc. from individual partnerships; those transfers and subsequent payments are captured in the Amidee Capital Group, Inc. line item.