

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
10/27/2010

IN RE: ]
AMDIEE CAPITAL GROUP, INC. AND ]   Case No. 10-20041
AMIDEE OAK POINTE APARTMENTS, ]
LLC, ]
DEBTOR ]   CHAPTER 11

AGREED ORDER SETTING STATUS CONFERENCE FOR AMENDED
MOTION TO RECONSIDER [Document No. 363] AND AMENDED MOTION
TO STAY [Document No. 364]

Coinmach Corporation's FIRST AMENDED MOTION TO RECONSIDER [Document No. 363] and Coinmach Corporation's FIRST AMENDED EXPEDITED MOTION TO STAY ORDER [Document no. 364] are set for hearing on November 2, 2010.

It is ordered that a status conference is set for the above motions is set at 10:00 a.m. October 27, 2010 before the Honorable Richard S. Schmidt on October 27, 2010 at 10:00 a.m.  The hearing will be held at 1133 North Shoreline Blvd, Corpus Christi, Texas 78401 by telephonic conference.

Dated: October 27, 2010.

Richard S. Schmidt
United States Bankruptcy Judge

AGREED TO:
MCCLURE DUFFEE & EITZEN LLP
8115 Preston Road - Suite 270
Dallas, Texas  75215
Telephone: (214) 692-8200
Facsimile:  (214) 692-8255

By: _____/s/_____
LISA GREENWOOD DUFFEE
State Bar No. 08410100

**LAW OFFICE OF ALLAN POTTER**
P.O. Box 3159
Corpus Christi, Texas 78463
Telephone:  (361) 288-2104
Facsimile:   (361) 288-2104

_____/s/_____
Allan L. Potter
State Bar No. 016171000

**ATTORNEYS FOR**
**COINMACH CORPORATION**

**OKIN ADAMS & KILMER LLP**

_____/s/_____
Matthew S. Okin (TB# 00784695)
1113 Vine St. Suite 201
Houston, TX 77002
Tel: (713) 228-4100
Fax: (888) 865-2118
**ATTORNEYS FOR THE**
**DEBTORS**